**Order entered July 5, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00245-CV

### KING AEROSPACE, INC. AND KING AEROSPACE COMMERCIAL CORPORATION, INC., Appellants

### V.

### RANDY KING D/B/A KING AVIATION DALLAS, Appellee

**On Appeal from the 160th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-15-12048**

## ORDER

Before the Court is appellee's July 2, 2019 opposed motion for extension of time to file

his brief.  We **GRANT** the motion and **ORDER** the brief be filed no later than August 5, 2019.

/s/     ROBERT D. BURNS, III
CHIEF JUSTICE